IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 29 PM 4: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
vs.                                )    CR. NO. 05-20243-01-Ma
                                   )
TAVARISH WHITE,                    )
                                   )
            Defendant.             )

## ORDER ON GUILTY PLEA

This cause came on to be heard on September 28, 2005, the United States Attorney for this district appearing for the Government and the defendant, Tavarish White, appearing in person and with retained counsel, Mr. R. Price Harris.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this case is set for **Friday, January 6, 2006 at 3:00 p.m.** The defendant is remanded to the custody of the United States Marshal.

ENTERED this the _____29__ day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-30-05_

102

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in
case 2:04-CR-20243 was distributed by fax, mail, or direct printing on
October 3, 2005 to the parties listed.

---

R. Price Harris
LAW OFFICES OF R. PRICE HARRIS
100 N Main Street
Ste. 3201
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Samuel Mays
US DISTRICT COURT